UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF PENNSYLVANIA
HARRISBURG DIVISION

TIMOTHY OBERLE,

Plaintiff,

-vs-

COMMONWEALTH FINANCIAL
SYSTEMS, INC.,

Defendant.
_____/

CASE NO.: 3:14-CV-00499-RPC
THE HONORABLE RICHARD P. CONABOY

## STIPULATION OF DISMISSAL WITH PREJUDICE

Plaintiff, TIMOTHY OBERLE, pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), files this stipulation of dismissal, signed by all parties that have appeared, dismissing this action with prejudice. By the dismissal of this claim, this case should be closed. However, this stipulation and dismissal is not intended to foreclose, bar, limit, or otherwise have any effect on any claims and remedies available to Timothy Oberle in the existing case styled *Timothy Oberle v. Commonwealth Financial Systems, Inc., d/b/a NCC, and NCO Financial Systems, Inc., Case No.: 12-CA-6354 CI,* which is currently pending in the Circuit Court of the Sixth Judicial Circuit in and for Pinellas County, Florida. Each party will bear its own costs and expenses, including attorney's fees.

Respectfully submitted this the 10th day of April, 2014.

<table>
<tr><td>

*s/Joelle Schultz*
ROBERT D. ECKARD
FBN:  0162655
JOELLE SCHULTZ
FBN: 0048204
LAW OFFICE OF ROBERT D. ECKARD & ASSOCIATES, P.A.
3110 Alternate U.S. 19 North
Palm Harbor, FL  34683
(727) 772-1941 Telephone
(727) 771-7940 Facsimile
Robert@RobertEckardLaw.com
Joelle@RobertEckardLaw.com
Counsel for Defendant

</td><td>

*s/Amanda J. Allen*
Amanda J. Allen, Esquire
Pennsylvania Bar No.: 312132
Morgan & Morgan, P.A.
One Tampa City Center
201 North Franklin Street, 7th Floor
Tampa, Florida 33602
Tele:  (813) 223-5505
Fax:  (813) 222-4725
Email: AAllen@forthepeople.com
Second: JEstrada@forthepeople.com
Counsel for Plaintiff

</td></tr>
</table>

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true and correct copy of the foregoing has been furnished by electronic mail this 10th day of April, 2014 to:  Joelle Schulz, Law Offices of Robert D. Eckard & Associates, P.A., 3110 Alternate U.S. 19 North, Palm Harbor, Florida 34683, Joelle@RobertEckardLaw.com and Robert D. Eckard, Law Offices of Robert D. Eckard & Associates, P.A., 3110 Alternate U.S. 19 North, Palm Harbor, Florida 34683, Robert@RobertEckardLaw.com.

*s/Amanda J. Allen*
Amanda J. Allen, Esquire
Pennsylvania Bar No.: 312132
Morgan & Morgan, P.A.
One Tampa City Center
201 North Franklin Street, 7th Floor
Tampa, Florida 33602
Tele:  (813) 223-5505
Fax:  (813) 222-4725
Email: AAllen@forthepeople.com
Secondary: JEstrada@forthepeople.com
Counsel for Plaintiff